

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2014

No. 04-14-00531-CV

**IN THE INT OF RVM, NM, MBRC, RABC AND SRRC,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01410
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellants' parental rights. The notice of appeal was filed on July 25, 2014. Appellants are represented on appeal by retained counsel, Mr. Robert Gier. Appellants' brief was originally due on October 6, 2014. On October 3, 2014, Mr. Gier filed a request for an extension of time in which to file appellants' brief, stating he had an active civil trial schedule. We granted an extension until October 20, 2014. On October 29, 2014, Mr. Gier requested a second extension, citing an active civil trial schedule and a child's respiratory difficulties. Mr. Gier expressly "agree[d] to not request any additional extensions." On October 31, 2014, we granted Mr. Gier an extension until November 10, 2014 and stated no further extensions of time would be granted.

On November 18, 2014, Mr. Gier filed a third request for an extension, citing the active trial schedule, a child's respiratory difficulties, and the size of the record in this appeal. Again, Mr. Gier expressly "agree[d] to not request any additional extensions."

Because this is an accelerated appeal of the trial court's order terminating appellants' parental rights, Rule 6.2 of the Texas Rules of Judicial Administration mandates that this appeal be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. This mandated deadline cannot be re-set or extended by this court.

We grant Mr. Gier's request for an extension of time and he is hereby ORDERED to file appellants' brief no later than November 24, 2014. No further extensions of time will be considered or granted, and if Mr. Gier fails to file appellants' brief by November 24, 2014, this appeal will be dismissed for want of prosecution.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2014.



Keith E. Hottle
Clerk of Court